**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL A. HELEVA,** | : | **CIVIL ACTION NO. 1:04-CV-1488** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SANDRA KUNKLE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 13th day of June, 2005, upon consideration of the motion of plaintiff (Doc. 43, Attach. 1), presently incarcerated and proceeding pro se and *in forma pauperis* (Doc. 8), for service of a completed subpoena (Doc. 43), see 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process [in *in forma pauperis*] cases."), it is hereby ORDERED that the motion (Doc. 43, Attach. 1) is GRANTED. The United States Marshal is directed to serve the completed subpoena (Doc. 43), accompanied by a copy of this order, by delivering a copy thereof to Demetrius W. Fannick, Esquire.[1] See 28 U.S.C. § 1915(d).

      S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] The court expresses no opinion at this time on whether the subpoena seeks discoverable information. See FED. R. CIV. P. 45(c).