# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANIEL A. HELEVA,** | : | CIVIL ACTION NO. 1:04-CV-1488 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SANDRA KUNKLE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 21st day of July, 2005, upon consideration of plaintiff's motions "for court order and subpoenas for production of documents directed toward the defendants" (Docs. 53, 54), in which plaintiff, proceeding pro se and *in forma pauperis* (Doc. 8), asserts that defendants failed to respond to requests for production of documents and demands an order directing defendants to produce the requested materials, it is hereby ORDERED that :

1. The motions (Doc. 53, 54) are CONSTRUED as motions to compel. See FED. R. CIV. P. 37(a)(2)(B).

2. Defendants shall file briefs in opposition to the motions to compel (Docs. 53, 54) on or before July 29, 2005. See L.R. 7.6, 7.8.

    a. No enlargements of the time in which to file briefs in opposition to the motions to compel (Docs. 53, 54) shall be granted.

    b. Failure to file a timely brief in opposition to a motion will result in the motion being granted as unopposed.

3. All previous case management orders remain in full force and effect.

                                              S/ Christopher C. Conner
                                              CHRISTOPHER C. CONNER
                                              United States District Judge