**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL A. HELEVA,** | : | **CIVIL ACTION NO. 1:04-CV-1488** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **SANDRA KUNKLE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of August, 2005, upon consideration of plaintiff's motion for summary judgment (Doc. 25), and it appearing that the motion does not demonstrate the absence of a genuine issue of material fact with respect to plaintiff's claims, see FED. R. CIV. P. 56(c), it is hereby ORDERED that the motion (Doc. 25) is DENIED without prejudice.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge