**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DANIEL A. HELEVA,** | : | CIVIL ACTION NO. 1:04-CV-1488 |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **SANDRA KUNKLE, et al.,** | : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 10th day of August, 2005, upon consideration of completed subpoenas submitted by plaintiff, presently incarcerated and proceeding pro se and *in forma pauperis*, for service pursuant to prior order of court (Doc. 55), see 28 U.S.C. § 1915(d); FED. R. CIV. P. 45, and it appearing that the subpoenas command production of documents from counsel for defendants, it is hereby ORDERED that:

1. The Clerk of Court is directed to file a copy of the completed subpoenas as an attachment to this order.[1]

2. The subpoenas are CONSTRUED as requests for production of documents and are DEEMED to have been served on defendants as of the date of this order.[2]  See FED. R. CIV. P. 1, 34.

       S/ Christopher C. Conner
      CHRISTOPHER C. CONNER
      United States District Judge

---

[1] The subpoenas were accompanied by two checks, directing payment to the law firms with which defense counsel are affiliated.  These checks will be returned to plaintiff.

[2] The court expresses no opinion at this time on whether the requested documents are discoverable.  See FED. R. CIV. P. 26.