IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL A. HELEVA,** | : CIVIL ACTION NO. 1:04-CV-1488 |
| **Plaintiff** | : (Judge Conner) |
| v. | : |
| **SANDRA KUNKLE, et al.,** | : |
| **Defendants** | : |

### ORDER

AND NOW, this 22nd day of February, 2006, upon consideration of plaintiff's motion (Doc. 86) for appointment of counsel, and it appearing that resolution of the plaintiff's claim under 42 U.S.C. § 1983 neither implicates complex legal or factual issues nor requires significant factual investigation or the testimony of expert witnesses, see Tabron v. Grace, 6 F.3d 147, 155-57 (3d Cir. 1993) (listing factors relevant to request for counsel), it is hereby ORDERED that the motion (Doc. 86) is DENIED.  See Parham v. Johnson, 126 F.3d 454, 456-57 (3d Cir. 1997) (holding that prisoners have no constitutional or statutory rights to appointment of counsel in a civil case).  If further proceedings demonstrate the need for counsel, the matter may be reconsidered either *sua sponte* or upon motion of petitioner.  See Tabron, 6 F.3d at 156.

    /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge