AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA
### JUDGMENT IN A CIVIL CASE

DANIEL ARTHUR HELEVA,
  Plaintiff

FILED
HARRISBURG
MAR 0 6 2007
MARY E. D'ANDREA
P___ /s/___ CLERK

v.   CASE NUMBER: 1:04-CV-1488

SANDRA KUNKLE Correctional Officer, SECOND SHIFT SERGEANT, DR. SHAH, WARDEN DAVID KEENHOLD, PAUL JENNINGS Former Deputy Warden, MICHAEL TAEBERRY Former Deputy Warden, and GARY MCFARLAND Director of Treatment,
  Defendants

(Judge Conner)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** SUMMARY JUDGMENT BE AND IS HEREBY ENTERED in favor of defendant DR. SHAH and against plaintiff DANIEL ARTHUR HELEVA, pursuant to the court's memorandum and order (Doc. 82), dated September 27, 2005.

Date: March 6, 2007

Mary E. D'Andrea, Clerk of Court

(By) Kimberly A. McKinney, Deputy Clerk